**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROSALIND HOLMES, | : | |
| | : | |
| *Plaintiff*, | : | Case No. 1:26-cv-117 |
| | : | |
| vs. | : | Judge Jeffery P. Hopkins |
| | : | |
| MINI STORAGE DEPOT, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation (Doc. 8) issued by Chief Magistrate Judge Stephanie K. Bowman on April 16, 2026. The Magistrate Judge recommends that (1) this action be dismissed without prejudice for failure to state a claim for relief, (2) Defendant's motion to dismiss be denied as moot, and (3) Plaintiff's request for an emergency protective order, temporary restraining order, and preliminary injunction be denied as moot. Doc. 8, PageID 117. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, this Court **DISMISSES** this action without prejudice for failure

to state a claim, and **DENIES** as moot Defendant's motion to dismiss and Plaintiff's request for an emergency protective order, temporary restraining order and preliminary injunction.

For the reasons stated in the Report and Recommendation and pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would lack an arguable basis in law or in fact and thus would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal in forma pauperis. In accordance with Fed. R. App. P. 24(a)(5), Plaintiff remains free to file a motion for leave to proceed on appeal in forma pauperis in the Sixth Circuit Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

**IT IS SO ORDERED.**

May 4, 2026

Jeffery P. Hopkins
United States District Judge

2